# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON ROBLES, | : | CIVIL NO: 1:25-CV-01748 |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| SERGIO RIVERA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER
September 22, 2025

This Order applies to all parties, whether they are pro se (in other words, representing themselves in court) or represented by counsel.  Mindful of the increased use of Generative Artificial Intelligence ("AI")—for example, OpenAI's ChatGPT and Google's Gemini—and the risk that use of such tools can result in legally or factually incorrect information and unsupported or nonexistent legal citations, **IT IS ORDERED** that when a party uses Generative AI in the preparation of a document in this case, that party shall file with that document a Certificate of Use of Generative AI  in which the party must disclose and certify:

1. The specific Generative AI tool that was used;

2. The portions of the filing prepared by the Generative AI tool; and

3. A certification that a person has checked the accuracy of the portions of the filing prepared by the Generative AI tool, including all citations and legal authority.

We also remind the parties that they have ethical and professional obligations before this Court which may be implicated by the use of Generative AI. *See, e.g.*, [Joint Formal Opinion of the Pennsylvania Bar Association and Philadelphia Bar Association regarding the use of Artificial Intelligence.](#)  Failure to comply with this Order may result in sanctions.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge