UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON ROBLES, | : | CIV. NO. 1:25-cv-01748 |
| Plaintiff, | : | |
| v. | : | (Magistrate Judge Schwab) |
| SERGIO RIVERA, *et al.*, | : | |
| Defendants. | : | |

**ORDER**
November 24, 2025

The purpose of this order is to schedule a case management conference before the undersigned.  Accordingly, **IT IS ORDERED** that:

1. Counsel and parties are advised to comply with Rule 16.3(a) of the Rules of Court for the Middle District of Pennsylvania.  Local Rule 16.3(a) requires the parties meet prior to the case management conference and complete a "Joint Case Management Plan" form.  The completed form, which is set forth in Appendix A of the local rules, must be filed on or before **January 22, 2026**.  The parties should also be conversant with the district's "Expense and Delay Reduction Plan," adopted on August 19, 1993, as required by the Civil Justice Reform Act of 1990.

2. The telephonic case management conference will be held in the above-captioned case on **January 29, 2026, at 10:00 a.m.**  Counsel for the plaintiff shall initiate the call, ensuring that all parties are on the telephone line before contacting

the court at (717) 221-3980.  The primary purpose of this conference will be to establish case management deadlines to enable this action to go forward as efficiently as possible.

    3.  Participation in this conference by counsel or by pro se litigants is mandatory.  If a party is unable to participate in the conference, that party shall notify the Court two business days in advance of the date of the conference by contacting the undersigned's Deputy Clerk, Amanda Endy, at (717) 221-3941 or by email at Amanda_Endy@pamd.uscourts.gov.

    4.  After the case management conference, the Court will issue a case management order setting forth the case management dates established at the conference.  The parties are advised that once the deadlines have been established, extensions of those time periods will not be granted except for good cause.

    *S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge