IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON ROBLES, | : | NO.:  1:25-CV-01748-SES |
| Plaintiff | : | |
| | : | CIVIL ACTION – LAW |
| v. | : | |
| | : | Magistrate Judge Susan E. Schwab |
| SERGIO RIVAS, CORRECTIONAL | : | |
| OFFICERS JOHN DOE, | : | *Electronically Filed* |
| PRIMECARE MEDICAL, INC., | : | |
| and CUMBERLAND COUNTY, | : | |
| Defendants | : | JURY TRIAL DEMANDED |

**ANSWER WITH AFFIRMATIVE DEFENSES OF
SERGIO RIVAS, LPN TO PLAINTIFF'S AMENDED COMPLAINT**

AND NOW comes Defendant Sergio Rivas, LPN, by and through his attorneys, Marshall Dennehey, P.C., who files this Answer with Affirmative Defenses to Plaintiff's Amended Complaint (ECF No. 21) by respectfully stating the following:

**PARTIES**

1.      Admitted in part; denied in part.  It is admitted that Plaintiff is an adult individual.  The remainder of this allegation is denied in that after reasonable investigation, Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the averments contained in this paragraph.

2.      Admitted.

3.      Admitted in part; denied in part.  It is admitted that Sergio Rivas is an adult citizen of Pennsylvania who was employed by PrimeCare Medical, Inc. at the Cumberland County Prison during the relevant time period.  The remainder of this allegation is denied

in that it contain conclusions of law and fact to which no response is required. If a response is deemed required, the averments contained herein are denied.

4.      The averments contained in this paragraph are directed at a party other than PrimeCare, and therefore, no response is required. If a response is deemed required, said averments are denied.

5.      The averments contained in this paragraph are directed at a party other than PrimeCare, and therefore, no response is required. If a response is deemed required, said averments are denied.

## JURISDICTION AND VENUE

6.      Admitted.

7.      Admitted.

## FACTUAL BACKGROUND

8.      The responses to paragraphs 1 through 7 are incorporated as if set forth herein at length.

9. - 27.  Denied. The averments contained in these paragraphs contain conclusions of law and fact to which no response is required. If a response is deemed required, the averments contained herein are denied.

**COUNT I:**
**FAILURE TO PROTECT AND DENIAL OF MEDICAL CARE**
**EIGHTH AMENDMENT - PURSUANT TO 42 U.S.C. § 1983**
**PLAINTIFF v. ALL DEFENDANTS**

28.    The responses to paragraphs 1 through 27 are incorporated as if set forth herein at length.

29. - 38.  Denied.  The averments contained in these paragraphs contain conclusions of law and fact to which no response is required.  If a response is deemed required, the averments contained herein are denied.

WHEREFORE, Defendant Sergio Rivas, LPN respectfully requests that Plaintiff's Amended Complaint be dismissed with prejudice and that judgment be entered in his favor.

### COUNT II:
### FAILURE TO PROTECT AND DELIBERATE INDIFFERENCE
### EIGHTH AMENDMENT - PURSUANT TO 42 U.S.C. § 1983
### PLAINTIFF v. DEFENDANTS DOE

39.    The responses to paragraphs 1 through 38 are incorporated as if set forth herein at length.

40. - 43.  The averments contained in these paragraphs are directed at a party other than Answering Defendant, and therefore, no response is required.  If a response is deemed required, said averments are denied.

WHEREFORE, Defendant Sergio Rivas, LPN respectfully requests that Plaintiff's Amended Complaint be dismissed with prejudice and that judgment be entered in his favor.

### COUNT III:
### MUNICIPAL LIABILITY - PURSUANT TO 42 U.S.C. § 1983
### PLAINTIFF v. DEFENDANTS CUMBERLAND COUNTY AND PRIMECARE

44.    The responses to paragraphs 1 through 43 are incorporated as if set forth herein at length.

45. - 57.  Denied.  The averments contained in these paragraphs are directed at a party other than Answering Defendant, and therefore, no response is required.  If a response is deemed required, said averments are denied.

WHEREFORE, Defendant Sergio Rivas, LPN respectfully requests that Plaintiff's Amended Complaint be dismissed with prejudice and that judgment be entered in his favor.

**COUNT IV:**
**VICARIOUS LIABILITY (RESPONDEAT SUPERIOR) - PENNSYLVANIA LAW**
**PLAINTIFF v. DEFENDANT PRIMECARE**

58.     The responses to paragraphs 1 through 57 are incorporated as if set forth herein at length.

59. - 63.  Denied.  The averments contained in these paragraphs are directed at a party other than Answering Defendant, and therefore, no response is required.  If a response is deemed required, said averments are denied.

WHEREFORE, Defendant Sergio Rivas, LPN respectfully requests that Plaintiff's Amended Complaint be dismissed with prejudice and that judgment be entered in his favor.

**COUNT V:**
**MEDICAL NEGLIGENCE - PENNSYLVANIA LAW**
**PLAINTIFF v. DEFENDANTS RIVERA AND PRIMECARE**

64.     The responses to paragraphs 1 through 63 are incorporated as if set forth herein at length.

65. - 71.  Denied.  The averments contained in these paragraphs are directed at a party other than Answering Defendant, and therefore, no response is required.  If a response is deemed required, said averments are denied.

WHEREFORE, Defendant Sergio Rivas, LPN respectfully requests that Plaintiff's Amended Complaint be dismissed with prejudice and that judgment be entered in his favor.

## AFFIRMATIVE DEFENSES

1.    Plaintiff's Amended Complaint fails to state a claim upon which relief may be granted.

2.    Plaintiff is unable to demonstrate a deliberate indifference to a serious medical condition.

3.    At no time were Plaintiff's constitutional rights violated.

4.    Plaintiff's claims and/or alleged losses may be limited and/or barred by the Prison Litigation Reform Act.

5.    At no time material hereto did Sergio Rivas, LPN act in bad faith or in a willful, wanton, outrageous, reckless, and/or malicious manner.

6.    Plaintiff may have been a non-compliant patient.

7.    Plaintiff's claims and/or alleged losses are barred by the applicable statute of limitations.

WHEREFORE, Defendant Sergio Rivas, LPN, respectfully requests that Plaintiff's

Amended Complaint be dismissed with prejudice and that judgment be entered in his favor.

Respectfully submitted,

MARSHALL DENNEHEY, P.C.

By: _____

JOHN R. NINOSKY, ESQUIRE
PA Attorney ID No. 78000
200 Corporate Center Drive, Suite 300
Camp Hill, PA  17011
Telephone (717) 651-3709
Fax (717) 651-3707
jrninosky@mdwcg.com
*Attorney for Defendant PrimeCare Medical, Inc.*
*and Sergio Rivas, LPN*

Date:    March 30, 2026

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 30th day of April, 2026, the foregoing

*Notice of Appearance* was electronically filed with the Clerk of Court using the CM/ECF

system which will send notification of such filing to counsel of record, which service

satisfies the requirements of the Federal Rules of Civil Procedure.

Brian Zeiger, Esquire
Laura Zipin, Esquire
Levin & Zeiger, LLP
Two Penn Center
1500 JFK Boulevard, Suite 620
Philadelphia, PA  19102
zeiger@levinzeiger.com
zipin@levinzeiger.com
*Attorneys for Plaintiffs*

Joseph T. Healey, Esquire
Carley E. Scopelliti, Esquire
Cipriani & Werner, P.C.
415 Wyoming Avenue
Scranton, PA  18503
jhealey@c-wlaw.com
cscopelliti@c-wlaw.com
*Attorneys for Defendant Cumberland County*

MARSHALL DENNEHEY, P.C.

By: _____
John R. Ninosky