UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON ROBLES, | : | CIV. NO. 1:25-cv-01748 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| PRIMECARE MEDICAL, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

**CASE MANAGEMENT ORDER**
April 1, 2026

Following a telephone conference with the parties and in accordance with the discussion at that conference, **IT IS ORDERED** that the following case management order is entered in this matter.

**I.   GENERAL.**

1.   **Parties' Responsibility**.   Counsel and pro se litigants are responsible for reading this entire order.

2.   **Deadlines**.   The following deadlines, described in greater detail throughout this order, have been established for this case and may not be modified by the parties.

| | | |
|---|---|---|
| Joinder of Additional Parties: | By Plaintiff:<br>By Defendants: | **April 30, 2026**<br>**May 29, 2026** |
| Amendment of the Pleadings: | By Plaintiff:<br>By Defendants: | **April 30, 2026**<br>**May 29, 2026** |
| Telephonic Status Call: | | **August 24, 2026**<br>**at 10:30 a.m.**[1] |
| Close of Fact Discovery: | | **September 30, 2026** |
| Expert Reports: | By Plaintiff:<br>By Defendants: | **October 30, 2026**<br>**December 4, 2026** |
| Dispositive Motions & Supporting Briefs: | | **December 4, 2026** |
| Supplemental Expert Reports: | | **December 18, 2026** |
| Close of Expert Discovery: | | **January 20, 2027** |
| Pretrial and Trial Deadlines: | | **To Be Determined** |

3. **Requests for Extension of Time**.   Motions to modify or extend the deadlines established here shall be made before the time limits have passed. Requests for extension of the above time periods will not be granted except for good cause shown and must comply with Local Rule 7.5.

4. **Contacting the Court**.   Parties should contact the Court through our Deputy Clerk, Amanda Endy, at amanda_endy@pamd.uscourts.gov or (717) 221-

---

[1] Counsel for the plaintiff shall initiate the call by calling Chambers at (717) 221-3980 once all parties are on the line, or by providing a call-in number.

3941.   No contact should be made with law clerks unless directed to do so by the Court.

## II.   JOINDER OF PARTIES AND AMENDMENT OF PLEADINGS.

1.   Any additional parties shall be joined by the plaintiff on or before **April 30, 2026**, and by the defendants on or before **May 29, 2026**.

2.   Any amendment of the pleadings shall be completed by the plaintiff on or before **April 30, 2026**, and by the defendants on or before **May 29, 2026**.

## III.   DISCOVERY.

1.   **Discovery**.   All fact discovery shall be completed on or before **September 30, 2026**.   All requests for discovery must be made so as to allow for compliance before the close of discovery.   The following limits on discovery apply to this case:

(i)    Depositions (excluding experts) to be taken by:

      Plaintiff: 10           Defendants: 10

(ii)    Interrogatories to be served by:

      Plaintiff: 25           Defendants: 25

(iii)    Document production requests to be served by:

      Plaintiff: 15           Defendants: 15

(iv)    Requests for admission to be served by:

Plaintiff: 25                    Defendants: 25

**Discovery in excess of these limits must be approved by the Court.**

2.   Except as noted herein, the limitations on discovery imposed by the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Pennsylvania will be applied to this case.   The parties must apply to the court to exceed the limitations established by the rules.

3.   In the event that discovery disputes arise and are not resolved after counsel attempt in good faith to do so, the matter shall be brought before the court by way of a telephone conference rather than through the filing of formal motions. Unless otherwise directed, the parties shall submit a joint letter of not more than three pages outlining the nature of the dispute and their respective positions and requesting a telephone conference with the court.

## IV.  EXPERTS.

1.   The plaintiff shall submit any expert reports on or before **October 30, 2026**.   The defendants shall submit any expert reports on or before **December 4, 2026**.   The parties shall submit any supplements to their expert reports on or before **December 18, 2026**.

2.   All expert discovery shall be completed on or before **January 20, 2027**.

## V.  DISPOSITIVE MOTIONS.

All dispositive motions and supporting briefs must be filed on or before **December 4, 2026**.   Briefs must adhere to the page limitations set forth in the local rules.   Parties filing motions for summary judgment shall comply with Middle District Rule 7.4.

## VI.  PRETRIAL AND TRIAL.

All pretrial and trial deadlines will be determined after the resolution of any dispositive motions.

***S/Susan E. Schwab***
Susan E. Schwab
United States Magistrate Judge
